**LAW OFFICES OF ARTURO HERNANDEZ-M.**
15 South 34th Street
San Jose, California   95116
Phone: (408) 729-5785
Fax: (408) 729-0167
State Bar No. 108980

Attorney for Defendant
**DIEGO FERNANDO LIMON RODRIGUEZ**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                          )<br>             Plaintiff,                         )<br>                                                          )<br>                                                          )<br>                                                          )<br>V.                                                      )<br>                                                          )<br>DIEGO FERNANDO LIMON RODRIGUEZ )<br>aka,   JONAN OSCAR GONZALEZ     )<br>                                                          )<br>                                                          )<br>                                                          )<br>             Defendant.                      )<br>_____) | Case No. 2:12-CR-00376-TLN<br><br>**AMENDED**<br>STIPULATION AND ORDER<br>TO CONTINUE STATUS<br>CONFERENCE<br><br><br><br><br>DATE:   July 11, 2013<br>TIME:    9:30 a.m.<br>COURT: HON. TROY L. NUNLEY |

**TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, JILL MARIE THOMAS, A.U.S.A.; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE. TROY L. NUNLEY , PRESIDIING IN SAID COURT:**

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Jill Marie Thomas, Assistant U.S. Attorney, attorney for plaintiff, and Arturo Hernandez-M., attorney for defendant Diego Fernando Limon Rodriguez, that the previously scheduled status conference date of July 11, 2013, be vacated and the matter be reset for September 19, 2013.

This request is made jointly by the government and defense in order to permit time for continued preparation, which is currently in progress to complete all facets of readiness for

settlement of this case. The parties agree that the interests of justice is served by granting this continuance outweighs the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

Date: July 8, 2013  /s/ Jill Marie Thomas  
JILL MARIE THOMAS  
Assistant U.S. Attorney  
Attorney for Plaintiff U.S.A.

Date: July 8, 2013  s/ Arturo Hernandez  
ARTURO HERNANDEZ-M.,  
Attorney for Defendant  
DIEGO FERNANDO LIMON RODRIGUEZ

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

The Court orders that the time from July 11, 2013, up to and including September 19, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). It is further ordered that the July 11, 2013, status conference hearing shall be vacated and continued until September 19, 2013, at 9:30 a.m.

Dated: July 12, 2013

Troy L. Nunley
United States District Judge