**LAW OFFICES OF ARTURO HERNANDEZ-M.**
**15 South 34th Street**
**San Jose, California   95116**
**Phone: (408) 729-5785**
**Fax: (408) 729-0167**
**State Bar No. 108980**

**Attorney for Defendant**
**DIEGO FERNANDO LIMON RODRIGUEZ**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00376-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |
| V. | |
| DIEGO FERNANDO LIMON RODRIGUEZ, | DATE:  May 22, 2014<br>TIME:   9:30 a.m.<br>COURT: HON. TROY L. NUNLEY |
| Defendant. ) | |

**TO THE UNITED STATES OF AMERICA AND ITS ATTORNEY OF RECORD, JILL MARIE THOMAS, A.U.S.A.; THE CLERK OF THE ABOVE COURT; AND THE HONORABLE JUDGE. TROY L. NUNLEY, PRESIDING IN SAID COURT:**

   **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Jill Marie Thomas, Assistant U.S. Attorney, attorney for plaintiff, and Arturo Hernandez-M., attorney for defendant Diego Fernando Limon Rodriguez, that the previously scheduled change of plea date of May 22, 2014, be vacated and the matter be set for a change of plea on June 12, 2014, at 9:30 a.m..

   This request is made jointly by the government and defense.   Defense counsel is in Chicago, Illinois attending a matter in federal court which will require him to remain through Thursday, May 22, 2014.   The additional time will allow the defense to prepare for the change of plea.  The parties agree that the interest of justice is served by granting this continuance and

outweighs the best interests of the public and the defendant in a speedy trial.   18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. § 3161(h)(7)(A) from May 22, 2014 to June 12, 2014.

Respectfully submitted,

Date:   May 19, 2014

s/Jill Marie Thomas
_____
JILL MARIE THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff U.S.A.

Date:   May 19, 2014

s/Arturo Hernandez-M.
_____
ARTURO HERNANDEZ-M.,
Attorney for Defendant
DIEGO FERNANDO LIMON RODRIGUEZ

## **ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.   Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161.   In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.   The Court finds that the ends of justice to be served by granting the continuance outweigh the best interests of

the public and the defendant in a speedy trial.

The Court orders that the time from May 22, 2014, up to and including June 12, 2014, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). It is further ordered that the May 22, 2014, change of plea hearing shall be vacated and continued until June 12, 2014, at 9:30 a.m.

Dated: May 22, 2014

Troy L. Nunley
United States District Judge